UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

AKRAM ABAZIED                                                    PETITIONER

V.                                    CIVIL CASE NO. 5:26-cv-00176-DCB-BWR

R. VERGARA                                                      RESPONDENT
*Warden, Adams County Correctional Center*

### ORDER

This matter is before the Court *sua sponte*. Petitioner Akram Abazied filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention, which the Court received on March 11, 2026. Respondent's April 27, 2026 Response to the Petition informed the Court about the status of Petitioner's removal to Syria. Field Officer Declr. [7-1] at 1-2. Since the Response was filed, three items of mail to Petitioner have been returned as undeliverable and marked as "released." Mail Returned [8] [9] [10]. According to the United States Immigration and Customs Enforcement's (ICE's) Online Detainee Locator System, Petitioner is no longer in ICE custody.[1]

IT IS THEREFORE ORDERED that, **on or before June 12, 2026,** Respondent shall file response to this Order and inform the Court whether the Petition is moot because Petitioner is no longer detained.

SO ORDERED, this 1st of June 2026.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

---

[1] Locator.ice.gov (last visited June 1, 2026).